1  RACHEL E. KAUFMAN (Cal. Bar No. 259353)
   KAUFMAN P.A.
2  237 South Dixie Highway, 4th Floor
3  Coral Gables, FL 33133
   Telephone: (305) 469-5881
4  rachel@kaufmanpa.com
5
   *Counsel for Plaintiff and the putative Class*
6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>FREERATEUPDATE.COM CORP.,<br><br>*Defendant.* | Case No. 8:24-cv-01760-DSF-KES<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robertson hereby gives notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: December 12, 2024        By: */s/ Rachel E. Kaufman*
                                Rachel E. Kaufman (Cal Bar No. 259353)
                                rachel@kaufmanpa.com

1

*Robertson v. Freerateupdate.com Corp.*

Case 8:24-cv-01760-DSF-KES   Document 13   Filed 12/12/24   Page 2 of 2   Page ID #:41

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

2
*Robertson v. Freerateupdate.com Corp.*